IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINA SARGENT, | 1:07-cv-01448 AWI-SMS (HC) |
| Petitioner, | ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS |
| vs. | |
| DEBRA PATRICK, | (DOCUMENT #3) |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On September 28, 2007, Petitioner filed an Application to Proceed In Forma Pauperis and a certified copy of her prison trust account statement.  Examination of these documents reveals that Petitioner is able to afford the costs of this action. Specifically, six months prior to filing,  Petitioner has had an average balance of at least $227.23 in her account.  Her current balance is $263.27.

Accordingly, the motion to proceed in forma pauperis is DENIED (see 28 U.S.C. § 1915). Petitioner is ORDERED to pay the five dollar ($5.00) filing fee within thirty (30) days of the date of service of this order.  Failure to follow this order may result in a recommendation that the Petition be dismissed pursuant to Local Rule 11-110.

IT IS SO ORDERED.

**Dated:    October 16, 2007**              /s/ Anthony W. Ishii
                                                        UNITED STATES DISTRICT JUDGE