# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GINA SARGENT, | ) | 1:07-CV-01448 AWI SMS HC |
|       Petitioner, | ) ) | |
| v. | ) ) | ORDER TO SUBMIT FILING FEE |
| DEBRA PATRICK, | ) ) | |
|       Respondent. | ) ) | |

     Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

     On October 16, 2007, the District Court denied Petitioner's motion to proceed in forma pauperis and directed Petitioner to pay the five dollar filing fee within thirty (30) days. On October 29, 2007, the Court received a letter from Petitioner which stated the five dollar filing fee was enclosed. However, the five dollars could not be located in the envelope.

     Accordingly, Petitioner is GRANTED twenty (20) days from the date of service of this order to submit the required filing fee. Failure to follow this order will result in the petition's dismissal pursuant to Local Rule 11-110.

IT IS SO ORDERED.

**Dated:   November 6, 2007**                         **/s/ Sandra M. Snyder**
                                                                  UNITED STATES MAGISTRATE JUDGE