IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINA SARGENT, | 1:07-cv-01448-AWI-SMS (HC) |
| Petitioner, | ORDER GRANTING PETITIONER'S SECOND MOTION FOR EXTENSION OF TIME TO FILE TRAVERSE |
| vs. | |
| DEBRA PATRICK, Warden, | (DOCUMENT #19) |
| Respondent. | SIXTY DAY DEADLINE |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254.  On May 22, 2008, petitioner filed a motion to extend time to file a traverse. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted sixty (60) days from the date of service of this order in which to file a traverse.

IT IS SO ORDERED.

**Dated:   May 27, 2008**              /s/ Sandra M. Snyder
                                        UNITED STATES MAGISTRATE JUDGE