# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| **GINA SARGENT**, <br><br> Petitioner, <br> vs. <br><br> **DEBRA PATRICK, Warden**, <br><br> Respondent. | CASE NO. 07cv1448-BTM(LSP) <br><br> **ORDER STAYING PETITION** |

*Pro se* Petitioner Gina Sargent, a state prisoner serving an indeterminate sentence of 17-years to life for second degree murder, seeks a 28 U.S.C. § 2254 writ of habeas corpus on grounds arising from denial of parole at her February 1, 2006 suitability hearing. The law material to resolution of Ms. Sargent's petition will be clarified when the Ninth Circuit issues its opinion after rehearing of Hayward v. Marshall, 512 F.3d 536 (9th Cir. 2008). Accordingly, **IT IS HEREBY ORDERED** her federal habeas petition is **STAYED** during the interim.

    **IT IS SO ORDERED**.

DATED: March 16, 2009

_____
Honorable Barry Ted Moskowitz
United States District Judge

07cv1448-BTM(LSP)